## UNITED STATE DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

### CASE NO. 21-80067-CR-CANNON

**UNITED STATES OF AMERICA**,

     Plaintiff,

v.

**CHRISTOPHER SAINTVIL**,

     Defendant.

_____/

### <u>ORDER ADOPTING REPORT AND RECOMMENDATION</u>

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Bruce Reinhart Following Change of Plea Hearing [ECF No. 37].  On July 22, 2021, Magistrate Judge Reinhart held a Change of Plea hearing and thereafter issued a Report and Recommendation [ECF No. 40].  No party has filed objections to the Report, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report.  Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 40] is **AFFIRMED AND ADOPTED**.

2. The guilty plea entered into by Defendant Christopher Saintvil as to Count Two of the Indictment is **ACCEPTED**;

3. Defendant Christopher Saintvil is adjudicated guilty of Count Two of the Indictment, which charges him with distribution of a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

CASE NO. 21-80067-CR-CANNON

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 6th day of August 2021.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:      counsel of record