UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-CR-80067-AMC

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

CHRISTOPHER SAINTVIL,

        Defendant.

_____/

## REPORT AND RECOMMENDATION

Mr. Saintvil is alleged to have committed 10 violations of supervised release. On June 7, 2023, a probable cause hearing was held pursuant to Federal Rule of Criminal Procedure 32.1(b). Mr. Saintvil did not contest that probable cause existed for alleged violations 1-9. The Government did not offer any evidence in support of violation 10, which alleges that Mr. Saintvil committed a state law crime on April 15, 2023.

WHEREFORE, it is recommended that probable cause be found for violations 1-9, only, and that a final revocation hearing be conducted for those violations. Fed. R. Crim. P. 32.1(b)1)(C). It is further recommended that violation 10 be dismissed. *Id*.

## NOTICE OF RIGHT TO OBJECT

A party shall serve and file written objections, if any, to this Report and Recommendation with the Honorable Aileen M. Cannon, United States District

Judge for the Southern District of Florida, within **FOURTEEN (14) DAYS** of being served with a copy of this Report and Recommendation. Failure to timely file objections shall constitute a waiver of a party's "right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions." 11th Cir. R. 3-1 (2016).

**If counsel do not intend to file objections, they shall file a notice advising the District Court within FIVE DAYS of this Report and Recommendation.**

**DONE and SUBMITTED** in Chambers at West Palm Beach, Palm Beach County, in the Southern District of Florida, this 8th day of June 2023.

_____
BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE