**UNITED STATE DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 21-80067-CR-CANNON**

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**CHRISTOPHER SAINTVIL**,

    Defendant.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Bruce Reinhart following a Probable Cause Hearing [ECF No. 96].  On June 7, 2023, Magistrate Judge Reinhart held a Probable Cause Hearing during which Defendant admitted Violations 1 through 9 as set forth in the Third Superseding Petition for Violation of Supervised Release [ECF No. 75].  Judge Reinhart concluded that the Government did not offer any evidence in support that Defendant violated his supervision as alleged in Violation 10 and recommends that the Court dismiss Violation 10 [ECF No. 96].

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 96] is **ACCEPTED**.

2. Violation 10 is hereby **DISMISSED**.

3. A Final Revocation Hearing of Supervised Release on Violations 1 through 9 is set for July 5, 2023, at 9:30 a.m.

CASE NO. 21-80067-CR-CANNON

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 26th day of June 2023.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record